**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

J.D.C.D.O.,                          :
                                     :
      Petitioner,            :
                                     :
v.                                   :     Case No. 4:26-cv-853-CDL-AGH
                                     :              28 U.S.C. § 2241
Warden, STEWART DETENTION           :
CENTER, *et al.*                     :
                                     :
      Respondents.           :

_____

## **ORDER**

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on May 19, 2026 (ECF No. 1).  Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response.  28 U.S.C. § 2243.  Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application.  Respondents are directed to respond specifically to the contention that Petitioner has not been provided with an individualized bond hearing as required under 8 U.S.C. 1226(a).  Pet. 5-6, ECF No. 1.  Within fourteen (14) days thereafter, Petitioner should file any desired reply.  The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 26th day of May, 2026.

                          s/ *Amelia G. Helmick*
                          UNITED STATES MAGISTRATE JUDGE