IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JULISSA DEL CARMEN DIAZ-OCHOA, | * | |
| Petitioner, | * | |
| v. | | Case No. 4:26-cv-853 (CDL-AGH) |
| | * | |
| WARDEN, STEWART DETENTION CENTER, et al., | * | |
| Respondents. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated 9/11/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 11th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk